# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155849(53)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
     Defendant-Appellant.

_____/

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 1, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018



Clerk